No. 81–5704. HALL *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 81–5718. STINSON *v.* SMITH, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 81–5733. WASHINGTON *v.* HARRIS, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 81–5738. ARCHIE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 81–5740. KRALL *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 81–5757. DONALDSON *v.* DALSHEIM, SUPERINTENDENT, OSSINING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 81–5767. BONNETTE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 81–5810. WILSON ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–5812. ANDERSON *v.* BAIRD. C. A. 6th Cir. Certiorari denied.

No. 81–5830. CORDLE *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 81–5831. LEUSCHNER *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 81–5838. CLARK *v.* MUNICIPAL EMPLOYEES CREDIT UNION OF BALTIMORE, INC. Ct. App. Md. Certiorari denied.

No. 81–5845. JOHNSON *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.